## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES RZEPLINSKI,

JUDGMENT IN A CIVIL CASE

Plaintiff,

15-cv-480-jdp

v.

SCOTT WALKER, ED WALL, JAMES
GREER, DEBBIE TIDQUIST, TAMMY
MAASEN, CHERYL MARSOLEK, GREGORY
KREYER, LIZZIE TEGELS, JODI
DOUGHERTY, JODI DEROSA, SCOTT
BARTON, DIVISION OF ADULT
INSTITUTIONS ADMINISTRATOR,
BUREAU OF PROGRAM SERVICE
DIRECTOR, and DIVISION OF ADULT
INSTITUTIONS SECURITY CHIEF,

Defendants.

This action came for consideration before the court with District Judge
James D. Peterson presiding.  The issues have been considered and a decision has
been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants:

(1) denying plaintiff James Rzeplinski leave to proceed and dismissing his

claims against Scott Walker, Ed Wall, James Greer, Cheryl Marsolek, Gregory Kreyer,

Lizzie Tegels, Jodi DeRosa, Scott Barton, Division of Adult Institutions

Administrator, Bureau of Program Service Director and Division of Adult Institutions

Security Chief; and

(2) granting plaintiff's motion to voluntarily dismiss this case and dismissing

this case without prejudice.

/s/                                        7/5/2017

_____      _____

Peter Oppeneer, Clerk of Court                    Date